United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CHENG, | No. C -13-02641(EDL) |
| Plaintiff, | **ORDER DENYING REQUEST FOR COMPLIMENTARY ECF AND PACER ACCESS** |
| v. | |
| SCHLUMBERGER, | |
| Defendant. | |
| _____/ | |

On June 17, 2013, the Court granted Plaintiff leave to proceed in forma pauperis and also granted his request for permission for electronic case filing.  Plaintiff now requests free access to the Case Management /Electronic Case Filing (CM/ECF) system and the Public Access to Electronic Records (PACER) system.  (Dkt. 9.)

The Court DENIES Plaintiff's request.  There is no fee for CM/ECF.  The Court directs Plaintiff to the Northern District of California's website for instructions on how to register for electronic case filing and PACER: http://www.cand.uscourts.gov/ECF/proseregistration.  As for PACER fees, Plaintiff is a party and upon registration is entitled to receive one free electronic copy of all documents that are filed electronically.  Additionally, PACER does not charge fees for access to judicial opinions.  Consequently,  Plaintiff is not subject to an unreasonable burden, and the Court declines to grant Plaintiff an exemption from PACER fees.

Dated: July 1, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge