IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

  v.

SCHLUMBERGER,

    Defendant.

_____/

No. C 13-02641 JSW

**ORDER REGARDING LETTER DATED JUNE 30, 2013**

    On June 30, 2013, several of Plaintiff's relatives sent the Court a letter requesting that the Court expedite Plaintiff's case. The Court will not consider this letter for at least two reasons. First, Plaintiff's relatives are not parties to this case and are not representing Plaintiff. Plaintiff is proceeding pro se and has proved capable of filing documents on his own behalf. Second, there is no indication that this letter was served on Defendant. A court may not consider ex parte communications (confidential communications that are not disclosed to all parties) except under limited circumstances not present here.

    Although the Court is not acting on the letter, in order to preserve the record, the Court shall make a copy of the letter and its attachments to be filed under seal and *ex parte,* pending a further Order from this Court. The Clerk is HEREBY ORDERED to return the original letter and its attachments to the members of Plaintiff's family at the address on the letter.

    **IT IS SO ORDERED.**

Dated: July 10, 2013

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

v.

SCHLUMBERGER et al,

    Defendant.

Case Number: CV13-02641 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Hsiao-Ping Cheng
1924 E 28th St
Oakland, CA 94606

Kam Cheng
Kwok Cheng
Fung Hi Chu
1924 E 28th St
Oakland, CA 94606

Dated: July 10, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk