IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

v.

SCHLUMBERGER,

    Defendant.

_____/

No. C 13-02641 JSW

**ORDER RE EMAIL CORRESPONDENCE**

The Court has received a number of communications from Plaintiff by electronic mail. The most recent is a Motion for Extension of Time, in which Plaintiff asks the Court to continue the hearing on Defendant's motion to dismiss and to extend the time to oppose that motion. **The Court shall address that motion by a separate Order, once the motion has been officially docketed.**

The Court understands that Plaintiff has requested accommodations pursuant to the American Disabilities Act. On June 17, 2013, Magistrate Judge Laporte, to whom this case originally was assigned, granted Plaintiff's motion for permission for electronic case filing ("ECF"). That Order permits Plaintiff to utilize the ECF system. It does not permit him to communicate with the Court or submit documents for filing by electronic mail.

If Plaintiff does not wish to utilize the Court's ECF system to file documents and, instead, chooses to file either in person at the Clerk's Office or chooses to file by sending the documents by mail, Plaintiff shall file a request that the Court vacate the Order permitting Plaintiff to use the ECF system by August 12, 2013.

**Pending receipt of such a request from Plaintiff, the Court shall continue to serve Plaintiff by mail and will docket any filings received in the mail.  However, if Plaintiff does not file a notice asking that the Order to participate in the ECF system be vacated by August 12, 2013, the Court shall not accept any filings by email or mail and it will rely on the ECF system to serve Plaintiff with any Orders that it issues.**

The Court FURTHER ADVISES Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office.  The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated:  August 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

        Plaintiff,

  v.

SCHLUMBERGER et al,

        Defendant.

Case Number: CV13-02641 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Hsiao-Ping Cheng
1924 E 28th St
Oakland, CA 94606

Dated: August 5, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk