1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    TONY CHENG,

8              Plaintiff,                          No. C 13-02641 JSW

9      v.                                          **ORDER REGARDING EMAIL
                                                   DATED AUGUST 11, 2013**
10   SCHLUMBERGER,

11             Defendant.

12   _____/

13          On August 11, 2013, several of Plaintiff's relatives sent the Court an e-mail regarding

14   this case and requesting assitance from the Court.  Although Plaintiff's relatives copied

15   opposing counsel, the Court will not consider the e-mail.  As the Court has previously stated,

16   Plaintiff's relatives are not parties to this case and are not representing Plaintiff.  Plaintiff is

17   proceeding pro se and has proved capable of filing documents on his own behalf.  These types

18   of communications are not proper, and Plaintiff's relatives are directed to refrain from

19   communicating with the Court.  Plaintiff shall ensure his relatives receive a copy of this Order.

20          **IT IS SO ORDERED.**

21   Dated: August 13, 2013                        _____
                                                   JEFFREY S. WHITE
22                                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California