IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

v.

SCHLUMBERGER,

    Defendant.

No. C 13-02641 JSW

**ORDER SETTING STATUS CONFERENCE**

This matter is scheduled for a case management conference on October 11, 2013, and a hearing on Defendant's motion to dismiss on November 1, 2013. Plaintiff has recently filed a number of motions. The Court HEREBY ORDERS that the parties shall appear for a status conference to address Plaintiff's request for counsel, Plaintiff's family's improper communications with the Court, and the manner in which this case shall proceed with respect to the pending motion to dismiss. The Court shall hold this status conference on August 30, 2013 at 1:30 p.m. in Courtroom 11, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, 94102.

    **IT IS SO ORDERED.**

Dated: August 19, 2013

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE