IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CHENG, | No. C 13-02641 JSW |
|     Plaintiff, | **ORDER DENYING REQUEST FOR INTERPRETER AND DIRECTION TO PARTIES IN ADVANCE OF STATUS CONFERENCE** |
| v. | |
| SCHLUMBERGER, | |
|     Defendant. | |

Plaintiff has made a request to the Court to have an interpreter appointed for the status conference scheduled for August 30, 2013. Plaintiff does not require an interpreter. Rather, he asks that the Court appoint an interpreter to translate the proceedings for members of his family, who are not parties to this case. Plaintiff's request is DENIED.

There have been a flurry of recent filings in this case. The Court understands that Plaintiff is proceeding *pro se*. However, to permit the Court to finalize its agenda for that status conference, the Court HEREBY ORDERS that the parties shall not file any further briefs, motions, or requests in advance of that status conference.

**IT IS SO ORDERED.**

Dated: August 28, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE