1  The Court concludes Plaintiff has not demonstrated that recusal is required.
2  Accordingly, his request to have this matter assigned to a different judge is DENIED.
3  **IT IS SO ORDERED.**
4  Dated: September 23, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE