1 | The Court concludes Plaintiff has not demonstrated that recusal is required.
2 | Accordingly, his request to have this matter assigned to a different judge is DENIED.
3 | **IT IS SO ORDERED.**
4 | Dated: September 23, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3