1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5

6                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    TONY CHENG,                                  No. C 13-02641 JSW

8              Plaintiff,                          **ORDER REGARDING REQUEST
                                                  FOR INTERPRETATION
9        v.                                        REGARDING MEET AND
                                                  CONFER IN PERSON AND
10   SCHLUMBERGER,                                 INSTRUCTION REGARDING
                                                  SECURITY**
11             Defendant.

12   _____/

13          On September 30, 2013, Plaintiff filed a request for interpretation regarding meet and

14   confer in person and instruction regarding security.  (Docket No. 85.)  With respect to the first

15   portion, the Court clarifies that it has stated that the parties may meet and confer by telephone

16   and it has not required in person meetings.  The Court also shall not issue an advisory opinion

17   on what circumstances might arise that would lead the Court to reconsider that ruling.

18          Plaintiff also asks that the Court require the Defendant to post security under Federal

19   Rule of Civil Procedure 65.  That request is DENIED, because the Court has not issued an

20   injunction.  To the extent Plaintiff is asking when it might be appropriate to issue security or an

21   undertaking or when the Defendants might be required to reimburse costs, the Court construes

22   that as a request for legal advice.  As the Court advised Plaintiff at the status conference held on

23   August 30, 2013, the Court cannot provide Plaintiff with legal advice.

24          **IT IS SO ORDERED.**

25   Dated: October 1, 2013

26                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

27

28

United States District Court
For the Northern District of California