IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,                        No. C 13-02641 JSW

  v.                                  **ORDER RE REQUEST FOR FURTHER GUIDANCE**

SCHLUMBERGER,

    Defendant.

      On October 4, 2013, Plaintiff filed a request for further guidance, in which he poses three questions to the Court. This Court has repeatedly advised Plaintiff that it cannot provide him with legal advice, which includes advice on how to proceed with this case. Accordingly, the Court cannot and will not answer questions (a) and (b). (*See* Docket No. 88 at 2:10-12.) With respect to question (c), if either the Plaintiff or the Defendant want the Court to take any particular action in this case, and if the parties are unable to stipulate to the request, the party seeking relief should file a motion setting for the factual and legal basis for the relief they seek.

      **IT IS SO ORDERED.**

Dated: October 7, 2013

                                                           JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE