**United States District Court**
For the Northern District of California

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8    TONY CHENG,
9              Plaintiff,                    No. C 13-02641 JSW
10    v.                                      **ORDER RE MOTION FOR**
                                             **FURTHER CLARIFICATION**
11    SCHLUMBERGER,
                                             **(Docket No. 101)**
12              Defendant.
                                        /
13
14        On October 30, 2013, Plaintiff filed a motion requesting clarification of the Court's

15   Order granting, in part, denying, in part, and denying without prejudice in part, Schlumberger

16   Ltd.'s ("SLB Ltd.") motion to dismiss.  The Court clarifies that it granted SLB Ltd.'s motion to

17   dismiss for improper venue.  The Court denied SLB Ltd.'s motion to dismiss for lack of

18   jurisdiction, because it had not shown it had standing to raise that argument on behalf of Data

19   Marine Systems (S) Pte. Ltd.  The Court denied SLB Ltd.'s remaining arguments in support of

20   its motion to dismiss without prejudice to renewing those arguments once the case has been

21   transferred.  The Court denies Plaintiff's remaining request for clarification.  The Court also

22   denies the request at point 3 of Plaintiff's motion.  Plaintiff should direct any requests for

23   accommodation to the United States District Court for the Southern District of Texas, Houston

24   Division, once the case has been transferred and assigned to a judge in that District.

25        **IT IS SO ORDERED.**

26   Dated: October 30, 2013

27                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
28