IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

v.

SCHLUMBERGER,

    Defendant.

No. C 13-02641 JSW

**ORDER RE MOTION FOR FURTHER CLARIFICATION**

**(Docket No. 101)**

On October 30, 2013, Plaintiff filed a motion requesting clarification of the Court's Order granting, in part, denying, in part, and denying without prejudice in part, Schlumberger Ltd.'s ("SLB Ltd.") motion to dismiss. The Court clarifies that it granted SLB Ltd.'s motion to dismiss for improper venue. The Court denied SLB Ltd.'s motion to dismiss for lack of jurisdiction, because it had not shown it had standing to raise that argument on behalf of Data Marine Systems (S) Pte. Ltd. The Court denied SLB Ltd.'s remaining arguments in support of its motion to dismiss without prejudice to renewing those arguments once the case has been transferred. The Court denies Plaintiff's remaining request for clarification. The Court also denies the request at point 3 of Plaintiff's motion. Plaintiff should direct any requests for accommodation to the United States District Court for the Southern District of Texas, Houston Division, once the case has been transferred and assigned to a judge in that District.

**IT IS SO ORDERED.**

Dated: October 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE