IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

v.

SCHLUMBERGER,

    Defendant.

No. C 13-02641 JSW

**ORDER DENYING MOTION FOR EXEMPTION OF PACER FEES**

**(Docket No. 104)**

On November 1, 2013, Plaintiff filed a motion requesting an exemption of Pacer fees in the amount of $28.20. Plaintiff has not shown good cause to waive these fees. Accordingly, the request is DENIED. This is the Court's final statement on this issue, and the Court will not issue any further orders on this point, including any orders of clarification.

**IT IS SO ORDERED.**

Dated: November 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE