IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,                             No. C 13-02641 JSW

  v.                                           **ORDER**

SCHLUMBERGER,

    Defendant.

        On November 25, 2013, Plaintiff filed a motion for clarification, which Defendant has opposed. Plaintiff has filed a reply, and a supplemental brief.

        The Court has transferred this case to the United States District Court for the Southern District of Texas, Houston Division.

        Plaintiff has attempted to seek relief from that Order from the United States Court of Appeals for the Ninth Circuit.

        The Court issues this Order to advise the parties that it will not rule on Plaintiff's motion for clarification. The Court also advises advise the parties that it will not rule on any further filings in this closed case.

        Finally, Plaintiff is reminded that neither this Court nor its staff can provide him with legal advice.

        **IT IS SO ORDERED.**

Dated: December 2, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE