IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY CHENG,

    Plaintiff,

    v.

SCHLUMBERGER,

    Defendant.

No. C 13-02641 JSW

**FINAL ORDER IN THIS CLOSED CASE**

On December 2, 2013, the Court issued an Order in which it advised the parties that it would not rule on any further filings in this closed case. Plaintiff has continued to communicate with this Court's staff via electronic mail and telephone to inquire about the status of his proposed amended complaint.

First, the Court reiterates that it will not rule on any further filings in this case. The Court has transferred to the United States District Court for the Southern District of Texas, and it has closed the file in this district.

Second, Plaintiff is advised that he should not communicate with this Court's staff or the Court by electronic mail or by telephone regarding this closed case.

Finally, because there should be no further inquiries into this closed case, the Court shall not issue any further orders.

**IT IS SO ORDERED.**

Dated: January 3, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE